# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JERRY REESE  
ADC #658359                                                                PLAINTIFF

V.                            No. 3:18CV00243-KGB-JTR

P. MARSHALL, Administrative Assistant,  
Poinsett County Sheriff's Department, *et al.*                         DEFENDANTS

# **ORDER**

Plaintiff Jerry Reese ("Reese") has filed a Motion to Withdraw (*Doc. 26*) his previously filed Motion for Summary Judgment, Brief in Support, and Declaration (*Docs. 22-24*). Reese's Motion to Withdraw is GRANTED. The Clerk is directed to STRIKE the designated pleadings from the record.

Also pending is Reese's Motion to Extend Time (*Doc. 16*), which appears to have been related to his Motion for Summary Judgment. Thus, his Motion to Extend Time is DENIED as moot.

Finally, Defendants have filed, under seal, two videos of the alleged use of force against Reese on July 27, 2018. They state that no photographs exist of Reese or his alleged injuries after the incident. *Doc. 17 (sealed)*. The Court concludes that Defendants have timely and properly complied with the Court's April 4, 2019 Order (*Doc. 13*).

IT IS SO ORDERED this 3rd day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE