UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY REESE                                                                                    PLAINTIFF
ADC #658359

V.                              No. 3:18CV00243-JTR

P. MARSHALL, Administrative Assistant,
Poinsett County Sheriff's Department, *et al.*                                  DEFENDANTS

## ORDER

For good cause shown, Plaintiff Jerry Reese's Motion for Extension of Time (*Doc. 36*) is GRANTED. His deadline for responding to Defendants' Motion for Summary Judgment is extended to **December 18, 2019.**

IT IS SO ORDERED this 27th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE