# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JERRY REESE**                                                                   **PLAINTIFF**

**V.**                 **3:18-cv-00243-JTR**

**P. MARSHALL, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order that was entered separately today, this case is dismissed without prejudice.

DATED this 3rd day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE